## N. B. HALL v. STATE.
### No. 16310.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Heidingsfelder & Heidingsfelder, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder; the punishment, confinement in the penitentiary for eight years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Raymond HAMILTON v. STATE.
### No. 16317.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Baskett & De Lee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for a period of thirty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Raymond HAMILTON v. STATE.
### No. 16396.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

A. S. Baskett, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder; the punishment, confinement in the penitentiary for life.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Raymond HAMILTON v. STATE.
### No. 16227.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Baskett & De Lee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for life.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.